MORRIS & CUMMINGS DREDGING COMPANY, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that there are issues raised by the pleadings which require to be tried. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

EMERICK MILL COMPANY, Respondent, v. RUBERT M. GAY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the examination sought cannot properly be had until the plaintiff's right to any accounting has been determined upon the trial. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ALECK MANTON, Respondent, v. MUNSON STEAMSHIP LINE, Respondent, and THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the Central Railroad Company of New Jersey is not a proper or necessary party defendant to the complete determination of the action. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ELIAS TUNIS and Another, Respondents, v. MOSES LEWIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

KALMAN KINZLER, Respondent, v. JUTE INDUSTRIES, LIMITED, Appellant.— Order modified to the extent indicated in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order upon the plaintiff with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

CATHERINE HUNT, as Administratrix, etc., of JOSEPH HUNT, Deceased, Respondent, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., of the Estate of FREDERICK WESCHE, Deceased, etc., Respondent, v. ERNEST T. GREINER, Respondent, Impleaded with A. B. LEACH & Co., INC., Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ARTHUR GERSHEL, Respondent, v. SLATER & SLATER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.